**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Alexandria Lasley v. Bayer Corporation, et al.* | No. 10-cv-11953-DRH |
| *Janice Malone v. Bayer Corporation, et al.* | No. 10-cv-12694-DRH |
| *Rosa Martinez v. Bayer Corporation, et al.* | No. 10-cv-10091-DRH |
| *Loudres Marzan-Smith v. Bayer Corporation, et al.* | No. 11-cv-11528-DRH |
| *Tammy Mattson v. Bayer Corporation, et al.* | No. 11-cv-11530-DRH |
| *Melissa Mathews v. Bayer Corporation, et al.* | No. 10-cv-11018-DRH |
| *Gina McGuinness v. Bayer Corporation, et al.* | No. 11-cv-11842-DRH |
| *Cynthia McLain v. Bayer Corporation, et al.* | No. 10-cv-11997-DRH |
| *Rachel McVearry v. Bayer Corporation, et al.* | No. 10-cv-12763-DRH |
| *Charlene Mellieon v. Bayer Corporation, et al.* | No. 10-cv-11384-DRH |
| *Ann Miller v. Bayer Corporation, et al.* | No. 11-cv-11564-DRH |
| *Michelle Miller v. Bayer Corporation, et al.* | No. 10-cv-10187-DRH |
| *Charlene Miltenberger v. Bayer Corporation, et al.* | No. 10-cv-11995-DRH |
| *Mahogany Mines v. Bayer Corporation, et al.* | No. 10-cv-10685-DRH |
| *Erica Moore v. Bayer Corporation, et al.* | No. 11-cv-12447-DRH |
| *Maria Moraga v. Bayer Corporation, et al.* | No. 11-cv-11562-DRH |

| | |
|---|---|
| *Teresa Morse v. Bayer Corporation, et al.* | No. 10-cv-13607-DRH |
| *Valerie Morton v. Bayer Corporation, et al.* | No. 10-cv-11398-DRH |
| *Jennifer Murnin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10089-DRH |
| *Shajuana O'Neal v. Bayer Corporation, et al.* | No. 10-cv-11729-DRH |
| *Freida Orange v. Bayer Corporation, et al.* | No. 11-cv-12446-DRH |
| *Wendy Parsons v. Bayer Corporation, et al.* | No. 11-cv-11554-DRH |
| *Jolee Pedigo v. Bayer Corporation, et al.* | No. 10-cv-12043-DRH |
| *Hollie Pietras v. Bayer Corporation, et al.* | No. 10-cv-12054-DRH |
| *Julie Posey v. Bayer Corporation, et al.* | No. 10-cv-11609-DRH |
| *Jamie L. Powell v. Bayer Corporation, et al.* | No. 12-cv-10334-DRH |
| *Amber Queen v. Bayer Corporation, et al.* | No. 10-cv-12049-DRH |
| *Charlotte Reed v. Bayer Corporation, et al.* | No. 10-cv-11610-DRH |
| *Stacy Ringo v. Bayer Corporation, et al.* | No. 11-cv-13259-DRH |
| *Regina Rivera v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10811-DRH |
| *Rayann Runevitch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10940-DRH |
| *Cheryl Sampson v. Bayer Corporation, et al.* | No. 10-cv-10080-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 26, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **NANCY J. ROSENSTENGEL,**
> **CLERK OF COURT**
>
>
> **BY:   /s/*Sara Jennings***
>              **Deputy Clerk**

**Dated:**  March 31, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.31
16:22:35 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

3